UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAYVON HARRIS,<br><br>        Petitioner,<br><br>    v.<br><br>R. L. GOWER, WARDEN,<br><br>        Respondent. | Case No. CV 12-1925 R (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report and the Supplemental Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: Jan. 27, 2014

_____
Manuel L. Real
United States District Judge