UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TRAVON HARRIS, | ) | Case No. CV 12-1925-R(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.L. GOWER, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: Jan. 27, 2014

_____
Manuel L. Real
United States District Judge